TEXAS EASTERN TRANSMISSION CORPORATION v. WILLIAM KINGSLEY.

October 25, 1976. Petition for certification denied.

JOSEPH ROCCA v. ALAN R. HOFFMAN.

October 25, 1976. Petition for certification denied.

INMATE LEGAL ASSOCIATION, INC. v. ANN KLEIN.

October 25, 1976. Petition for certification denied.

EVA ZAH SHEN v. JOHN C. M. SHEN.

October 25, 1976. Petition for certification denied.

AUDREY E. TEEGARDEN v. WILLIAM F. CABEL.

October 25, 1976. Petition for certification denied.

LAWRENCE E. WATSON v. NASSAU INN.

October 25, 1976. Petition for certification granted.